FILED 2 MAR '17 15:49USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND    ▼ DIVISION
*(Select the Division in which the complaint is filed.)*

DOROTA R. ZUKOWSKA
15342 NW DECATUR WAY
PORTLAND, OR 97229

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

UNKNOWN FEDERAL AGENTS
OR/AND EMPLOYEES

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. **3'17-CV 00354 AC**

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☐ No
*(check one)*

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | DOROTA R. ZUKOWSKA |
   | Street Address | 15342 NW DECATUR WAY |
   | City and County | PORTLAND, WASHINGTON COUNTY |
   | State and Zip Code | OREGON 97229 |
   | Telephone Number | 503-975-0268 |
   | E-mail Address | DOZUKOWSKA@GMAIL.COM |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | |
   | Job or Title (if known) | |
   | Street Address | |
   | City and County | |
   | State and Zip Code | |
   | Telephone Number | |
   | E-mail Address (if known) | |

   Defendant No. 2

   | | |
   |---|---|
   | Name | |
   | Job or Title (if known) | |
   | Street Address | |
   | City and County | |

2

        State and Zip Code   _____

        Telephone Number   _____

        E-mail Address   _____
        (if known)

Defendant No. 3

        Name   _____

        Job or Title   _____
        (if known)

        Street Address   _____

        City and County   _____

        State and Zip Code   _____

        Telephone Number   _____

        E-mail Address   _____
        (if known)

Defendant No. 4

        Name   _____

        Job or Title   _____
        (if known)

        Street Address   _____

        City and County   _____

        State and Zip Code   _____

        Telephone Number   _____

        E-mail Address   _____
        (if known)

## II.   Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question   ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

4th AMENDMENT
5th AMENDMENT
6th AMENDMENT

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

      The plaintiff, *(name)* DOROTA R. ZWIONSKA is a citizen of the State of *(name)* UNITED STATES OF AMERICA

   b. If the plaintiff is a corporation

      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

4

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or is* incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

SEE ATTACHED _____
_____
_____
_____

STATEMENT OF CLAIMS

1. Violation of the Constitution of USA, amendment 1st, 4th, 5th and 6th

A – 1st Amendment

Interception of personal conversations without the warrant and formation of incorrect judgements in regards to personal and religious believes resulting in defamation.

Interception of telephone conversations and internet activity.

B – 4th and 5th Amendments

- Placing the surveillance inside and outside and outside of the house without the warrant (five additional smoke alarms, cameras in the remote controls, sound surveillance in the ventilation system; installing additional cables to connect to the internet and telephone lines
- Frequent brake ins and trespassing to:
   * steal the documents and personal items (paperwork such as Comcast bills and contact records, photos, computer cable)
   * damage to the property: carpet, sprinkle system, cement on the pavement
   * damage to the electronic equipment, theft of small kitchen equipment parts (bread machine)
   * place items such as the surveillance i.e. additional box and cables that went to the additional bedroom upstairs and the garage, sand and soaked in oily substance pieces of cotton in the fireplace, medication in the pantry
- HIPPA violations: public distribution of personal health information and referring to it during the family meetings such as 2015 Thanksgiving at the Dimicks' house; and during the business interpreting telephone calls
- Obtaining the financial information by the impersonation of various business representatives for the purpose of misleading, creating a financial havoc (B of A home loan, Nationstar Mortgage, SLS Mortgage, Discover credit card) and extortion of funds ( such as demanding additional deposits for services, overcharges, incorrect billing (NW Natural, Comcast, Sprint)
- Blocking the international telephone calls and disconnecting the internet and telephone services causing the loss of income and delays in closing the child support case in Poland
- Interference with mail delivery and mailing, as reported to the US Post office, as well as delivering incorrect letters and notifications
- Obtaining personal information at Kinko's and Office Depot, after making copies
- Blocking the roads and creating traffic congestions as on August 8th when painting the road on Kaiser Rd., on my way to Kent, WA to visit my daughter, in Los Angeles when visiting my sister)
- Placing surveillance in the car, so that it could be constantly followed.

- Attempts of installing the fear by :
    - the cars driving at me with the head lights on, every time I left the house
    (placing the surveillance on at least eight houses in the neighborhood allowed for the knowledge about my activities, including departing the house)
    - Flying the helicopters and small air planes over my house every time I stepped into the backyard
    - Numerous threats of braking my legs, hitting my head, having a car accident, killing me by shooting, were made over the telephone, during the interpreting conversations and within a day or so, such situations were played out in real life.


C - 6th Amendment

Preventing access to the legal assistance:

- The complaint to the Oregon State Attorney General in regards to the Jefferson Park Association case was not delivered in the year 2005, there was no follow up correspondence
(Jefferson Park Association filed a case against Dorota Zukowska for not parking her oversized minivan in a garage, found guilty with a fine of $12,000.00)
- Interference during the consultation with Jane Paulson in September 2015
- Number of the telephone calls made to different attorneys in a year 2015, 2016 never resulted in a meeting for the consultation.
- The information included in the package for the District Court filing about the Constitutional Rights Attorney was incorrect. When went there to schedule the appointment, there was no such an office at the listed address. The consultation appointment with the general law attorney scheduled in a law office on the same floor was cancelled the next day.
- The contact information obtained from the internet contained incorrect telephone number for the Bloom law firm, as the internet access has been manipulated with.
- The email response to a request for the Civil and Human rights legal counsel from the Oregon State Bar contained the information about the young female attorney specializing in dog rights.
- There has been no reply, nor follow up to my telephone discrimination filing made with the Oregon Department of Justice on May 12th, 2015.
- I was informed that my hate crime complaint filed on internet was transferred to the volunteer coordinator Joanna McDonald, who provided two incorrect email addresses to Stephen McNeal. In a telephone conversation with Stephen Mc Neal on January 8th, he stated that he is just by himself in the office and cannot take care of everything. H indicated the lack of any knowledge about my case since asking initial questions.
- There has been no reply to the correspondence mailed to the Oregon State Attorney General on October 15th, 2016, as a follow up to the May 12th and August 17th, 2016 contacts, and no reply to the letter hand delivered to the Washington County District Attorney in December 2016.

- The Washington County Clerk has provided me with the incorrect information that in order to file for the protective order, one needs to file the civil case. She also stated that there are no Summons and Complaint forms available.
- No reports was filed upon contacting FBI, three time over the telephone as well as in person on January 10th, 2017, despite reporting the criminal activities in multiple states. The female agent advised to change the locks in the house and to file a report with the local police.
- Not able to file the correct police reports. Lack of answer to the letter correcting to the police report filed on August 15th, 2015.
- Abusive actions on December 22nd, 2015, during the police intervention.
- Advising her to wait outside, when having bare legs.
- Advising her to leave the house for the night, despite the fact that she just arrived for Christmas
- Informing me that for taking my daughters telephone away from her, I could be charged with the robbery (the telephone is under my name); coercion (when I asked the officer what that means, he had to look for the meaning of the term).

2. Allowing for the continuation of the persecution and violation of the international laws in regards to the legal rights granted by the political asylum status.

   Pursuant to granting the political asylum status, failure to protect form the pursuer, (Article II (a) 1994), since acting based on the information obtained from the polish nationals as well as possibly collaborating with the polish nationals (frivolous basis, such as gossip, opinions and false accusations).

3. Violation of human rights:

   - Emotional and psychological abuse to myself, my children and sister and sister's family such as:
   *interfering with the family unification
   *interfering with family plans such as continuing education, my moving out of Portland which was planned for the autumn of 2015 (by manipulating the traffic i.e. sending emails from people form South Arabia, in 2016; sending representatives from SIRVA Residential in 2017)
   *causing psychological pressure

- Physical abuse by adding ingredients to the food and drinks:
   *coffee at Starbucks (sleeping ingredients) – May 11, 2015, Mother's day
   *Thai food restaurant in Portland on December 22nd, 2015 (cayenne pepper)
   *restaurant in Seattle: cayenne pepper, August 2015 and November 2016
   *2016 Christmas at the Dimick's house (ingridients causing nausea added to the wine)
   *placing the medication in the pantry over the Christmas 2016
   - Physical abuse by forming long lines at the stores, at the post offices and businesses such as Comcast; later referring to those situations during the interpreting business telephone calls,

   disclosing the knowledge of my spine problems causing pain when standing for the prolong period of time
   - physical abuse by disturbing the sleep by placing the business telephone calls in frequent intervals during the night (every one, to two hours), even when logged out from the system

- Physical abuse at the State Attorney General Building when the State Senior trooper Bradford Duval (telephone number: 503-986-7008) first pulled my arm, later my sleeve in the elevator to prevent me from going to the State Attorney General's office on January 5th, 2017 to schedule an appointment and check on the status of the complaint)
   (he called his supervisor Evan West, chief marshal; tel:503-986-7008 to come to the lobby)

   -Inducing poverty by income and expenses manipulation:
   *2016/2017 - manipulating the number and duration of the telephone calls when working on the contract with CLI and Telelanguage; disconnecting the telephone service in December 2016
   * 2014 -causing accounting business closure, after 17 years of operations;
   * loss of jobs, for instance in 2010, at PSU, when the permanent employment was offered, yet the contract was lost before signing and then, the temporary contract was terminated
   * ongoing: preventing art and books sale on such sites as Saatchi, FneArt America, Smashwords;
   *delaying processing of legal matters in Poland which include recovery of past due child support funds (an order to apply the USA court filing was issued in May 2014 and yet, there has been no progress in the case)
   * delaying my children inheritance case for the last two years, (the case to establish the heirs after the Grandmother death was filed in January of 2015, not ruled on, yet), ultimately causing financial losses
- Inflating charges for the variety of services, such as the telephone, insurance, adding additional fees demanding additional payments such as deposits (NW Natural, Comcast)
- Not applying store discounts, as for example at Walgreens, Michaels

- Depravation of the support system in friends and family by distributing defaming information.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

SEE ATTACHED

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/27, 20 17.

Signature of Plaintiff

Printed Name of Plaintiff  DOROTA R. ZUKOWSKA

6

RELIEF

INCUNCTIVE:

1. Stop preventing and manipulating earnings and business activities.
2. Stop the emotional and psychological abuse by manipulating family contacts, reunification and moving with my daughters to one geographical location; my daughters' marriages, education and work.
3. Stop violating the constitution of United States of America, as listed in the Statement of Claims and fully restore our family privacy.
4. Stop preventing the legal consultation.
5. Return all stolen property.
6. Release the funds from Poland (child support case) and bring to closure my daughters' inheritance case.
7. Reimburse for the loss of income:
    Those terms are in lieu of the monetary compensation, as the exact amount of damages is difficult to establish while. This option is bringing jobs and tax income to both countries. (It does include third parties as all of them participated in the application of violations.):
    a. Signing a stipulation to place the children poem "What turns around, what does not?", on the national list of the required reading for the appropriate group age in the USA, beginning this coming spring semester, for the duration of the next 50 years, upon the editing the revision. Provisions of no interference with publishing and sales to be included.
    b. Sign a stipulation to place the books written in Polish language on a national list of mandatory reading for the appropriate age groups, beginning the new school year (September 1st, 2017)for the next 50 years, in Poland, upon the editing revision. Provisions of no interference with publishing and sales to be included.
    c. Separate settlement agreements are to be signed with all companies and businesses involved.
8. Reimburse for all house damages, as per actual cost of repair and replacement.
9. Absorb all the debts by paying them off in full and bring my credit score to the 700 level.

PUNITIVE DAMAGES

1. The amount is to be established.


**NOTE: Separate settlement agreements need to be signed with my daughters, other family members and friends who had been involved.**

3/02/2017