1

1  Dorota Zukowska
2  15342 NW Decatur Way
3  Portland, OR 97229
4  Tel: 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
5
6

FILED26 MAY '17 14:40USDC-ORP

7  (plaintiff)

8                    UNITED STATES DISTRICT COURT

9                       DISTRICT OF OREGON

10
11                                            CASE # 3:17-cv-00354-AC
12
13                                         FIRST AMENDED  COMPLAINT
14
15
16  See attached
17  (defendants)

18

19  Plaintiff, Dorota R. Zukowska alleges as follows:

20

21                      INTRODUCTION AND SUMMARY:

22  This is an action for injunctive and punitive relief brought by Plaintiff against the following defendants:

23  (see attached)

24

25  Plaintiff seeks injunctive, compensatory and punitive relief for the following:

26      I.      Allowing for the continuation of the persecution and violation of the international laws in
27              regards to the legal rights granted by the political asylum status.

28              I.i.The state of the right of asylum in international law, (Article II (a) 1994) states:
29              "(...) asylum has been regarded as a place of refuge where one could be free from the reach
30              of the pursuer."
31

32              I.ii. The Universal Declaration of Human Rights provides in Article 14(1) inter alia the right of
33              each individual to "enjoy in other countries asylum from persecution", reiterated in Article
34              23 of the Vienna Declaration and Programme of Action adopted by 171 countries in 1993
35              during the World Conference.

ATTACHEMENT   PAGE 1

DEFENDANTS:

1) US DEPARTMENT OF HOMELAND SECURITY
WASHINGTON, D.C. 20528

2) FEDERAL BUREAU OF IMESTIGATION
935 PENNSYLVANIA AVE., WASHINGTON D.C. 20535-00

CASE  3:17-cv-00354-AC

2

32    I.iii. American Declaration of the Rights and Duties of Man provides in Article 27:
33    "every person has the right to seek and be granted asylum in a foreign territory, in
34    accordance with the legislation of the state and international conventions."
35

36    The Defendants violated the Plaintiffs right to enjoy the asylum from persecution by cooperating with
37    Polish nationals, and by depriving her of her Constitutional rights based on frivolous accusations, gossip
38    and fabrications, most likely formed and distributed by the Polish nationals.
39

40    II.    Violation of the Constitution of USA, amendment 1st, 4th, 5th, 6th and 14th
41

42                    1st Amendment of the US Constitution states:
43                    "... or abridging the freedom of speech..."
44
45    Defendants have violated Plaintiff's  1st Amendment rights, by obtaining fragments of Plaintiff's
46    conversation and based on them concluded on Plaintiff's religious and political beliefs which were used
47    in an application of the Patriot Act.
48
49                    4th Amendment of the US Constitution states:

50                    ".. person to be secure in their persons, houses, papers and effects, against
51                    unreasonable searches and seizures"
52

53    Defendants have violated Plaintiff's 4th amendment rights by:

54    -    braking to her house and a vehicle,
55    -    stealing, and/or misplacing her documents and possessions as well as by causing damage to her
56         property,
57    -    Installing the surveillance
58

59                    5th Amendment of the US Constitution states:

60                    A person cannot be deprived of life, liberty, without the due process
61                    of law nor shall private property be taken for the public use.
62

63    Defendants violated Plaintiff's 5th amendment rights by installing surveillance in her house, by
64    controlling her communications with other people, by controlling her opportunities of obtaining income
65    and by seizing her possessions.
66
67
68
69
70

71    6th Amendment of the US Constitution states:
72    "The person has a right to a speedy trial and an attorney."
73

74    The Defendants have violated the Plaintiff's 6th amendment rights, by preventing her from obtaining the
75    attorney and by making humorous comments in that regard.

76

77    14th Amendment of the US Constitution
78    and the American Convention on Human Rights state:
79    "All men should be treated equal"
80
81    The Defendants violated the 14th Amendment of the Constitution and the Human Rights  by not treating
82    Mrs.Zukowska as equal,  based on her gender, age, minority status and marital status.

83

84

85    THE PARTIES

86

87    Plaintiff

88

89    The plaintiff Dorota R. Zukowska, is a single woman, who came to USA from Poland, in 1985, filed for the
90    political asylum in 1987 and became US Citizen in 1996.

91

92    She holds a master degree in Film and Television Production from the Silesian University in Katowice,
93    Poland. She also studied art at the Cracovian Art School, as an extern student.

94

95    Mrs.Zukowska currently resides in Washington County, in a house located at 15342 NW Decatur Way,
96    Portland, OR 97229, where she moved with her daughters Catherine and Nathalie Wasko, from the
97    townhome at 42 Cervantes Circle, in Lake Oswego, OR, 97035, in 2004.

98

99    Mrs. Zukowska became divorced from Andrzej E. Wasko in 1996.

100    Andrzej E.Wasko passed away on August 14th, 2014, in Warsaw, Poland,

101    Defendants

102    (see attached)

103

ATTACHEMENT    PAGE 3

DEFENDANTS:

1) US    DEPARTMENT    OF    HOMELAND    SECURITY
WASHINGTON,    D.C.    20528

2) FEDERAL    BUREAU    OF    INVESTIGATION
935    PENNSYLVANIA    AVE.    WASHINGTON    D.C.    20535-00

4

104

105                             JURISDICTION AND VENUE

106    This Court has jurisdiction pursuant to the following statues:

107       1.  28 U.S.C., paragraph 1331, 1332 and 1343 which gives district court jurisdiction over civil actions
108           arising under the Constitution, laws or treaties of the United States;

109

110       2.  28 U.S.C., paragraph1343 (3) and (4), which gives the district court jurisdiction over actions to
111           secure civil rights extended by the United States government, as all causes of action based on
112           the Oregon statutory provisions or common law as the state claims arise from the same nucleus
113           of operative facts as the federal claim

114

115       3.  Venue is proper for this judicial District of Oregon under 28 U.S.C, paragraph 1391(b) because
116           the events that gave rise to this Complaint occurred in this district.

117

118

119

120                         LEGAL AND FACTUAL BACKGROUND

121

122

123                             STATEMENT OF CLAIMS

124

125                             FIRST CLAIM FOR RELIEF

126            (Violation of the international law granting the protection from the pursuer)

127

128    Pursuant to granting the political asylum status, the Defendant failed to protect Plaintiff and her family
129    members from the pursuer, (Article II (a) 1994), since acting based on the information obtained from the
130    polish nationals as well as possibly collaborating with the polish nationals on frivolous basis, such as
131    gossip, opinions, fabrications and false accusations.

132                             SECOND CLAIM OF RELIEF

133            (Discrimination based on gender, age, minority status and marital status)

134

135  The Defendants pursued their violations based on the assumption, that Mrs.Zukowska, a middle age
136  unmarried, living alone women who is a member of a minority group, lacks knowledge of her rights as
137  well as the intellectual capabilities, therefore such a pursuit will not be recognized and addressed
138  legally.

139

140                          THIRD CLAIM OF RELIEF

141               (Violation of the 1st Amendment of the US Constitution)

142  1.  Defendant violated Plaintiff's freedom of speech  and deprived Plaintiff of her federal
143      constitutional and/or statutory rights by applying the following:
144

145  2.  Interception of personal conversations without the warrant and formation of incorrect
146      judgements in regards to personal, religious and political believes resulting in defamation.
147
148
149  3.  Interception of telephone conversations and internet activity.

150

151                          FOURTH CLAIM FOR RELIEF

152               (Violation of the 4th Amendment of US Constitution)

153  1.  Placing the surveillance inside, outside of the house and in the car, without the warrant
154  (five additional smoke alarms, cameras in the remote controls, sound surveillance in the ventilation
155  system; installing additional cables to connect to the internet and telephone lines
156  2.  Frequent break ins and trespassing to:

157          2.1 Steal the documents and personal items (paperwork such as Comcast bills and contact
158          records, photos, computer cable)

159          2.2. damage to the property: carpet, sprinkle system, cement on the pavement

160          2.3 damage to the electronic equipment, theft of small kitchen equipment parts

161          2.4 placing items such as the surveillance, soaked in oily substance pieces of cotton in the

162          fireplace, medication in the pantry

163          2.5 HIPPA violations: public distribution of personal health information

164          2.6 Obtaining the financial information by the impersonation of various business
165          representatives for the purpose of misleading, creating a financial havoc (B of A home loan,
166          Nationstar Mortgage, SLS Mortgage, Discover credit card) and extortion of funds ( such as
167          demanding additional deposits for services, overcharges, incorrect billing (NW Natural,
168          Comcast, Sprint)

169          2.7 Blocking the international telephone calls and disconnecting the internet and telephone
170          services causing the loss of income and delays in closing the child support case in Poland

171       Interference with mail delivery and mailing, as reported to the US Post office, as well as
172       delivering incorrect letters and notifications
173
174       2.8 Obtaining personal information at Kinko's and Office Depot, after making copies

175       2.9 Blocking the roads and creating traffic congestions as on August 8th when painting the
176       road on Kaiser Rd., on my way to Kent, WA to visit my daughter, in Los Angeles when
177       visiting my sister)

178       2.10 Attempts of installing the fear by :

179   a. cars driving at me with the head lights on, every time when leaving the house
180   b. (placing the surveillance on at least eight houses in the neighborhood allowed for the
181      knowledge about my activities, including departing the house)
182   c. Flying the helicopters and small air planes over my house every time I stepped into the backyard
183   d. Numerous threats over the telephone, during the business telephone conversations, later acted
184      out in   the real life

185

186

187                     FIFTH CLAIM FOR RELIEF

188            (Violation of the 5th Amendment of the US Constitution)

189   1. Depriving the Plaintiff of freedom to lead her life without any interference in regards to her
190      enjoyment of statutory rights.
191   2. Depriving the Plaintiff of personal property .

192

193                     SIXTH CLAIM FOR RELIEF

194            (Violation of the 6th Amendment of the US Constitution)

195   1. Preventing access to the legal assistance:
196   1.1. The complaint to the Oregon State Attorney General in regards to the Jefferson Park Association
197      case was not delivered in the year 2005, there was no follow up correspondence
198   1.2. (Jefferson Park Association filed a case against Dorota Zukowska for not parking her oversized
199      minivan in a garage; found guilty with a fine of $12,000.00)
200   1.3. Interference during the consultation with Jane Paulson in September 2015
201   1.4. Number of the telephone calls made to different attorneys in a year 2015, 2016 never resulted
202      in a meeting for the consultation.
203   1.5. The information included in the package for the District Court filing about the Constitutional
204      Rights Attorney was incorrect. When went there to schedule the appointment, there was no
205      such an office at the listed address. The consultation appointment with the general law attorney
206      scheduled in a law office on the same floor was cancelled the next day.
207   1.6. The contact information obtained from the internet contained incorrect telephone number for
208      the Bloom law firm,

209  1.7. The email response to a request for the Civil and Human rights legal counsel from the Oregon
210        State Bar contained the information about the young female attorney specializing in dog rights.
211  1.8. There has been no reply, nor follow up to my telephone discrimination filing made with the
212        Oregon Department of Justice on May 12th, 2015 as well as to the hate crime filing via internet
213        and later in writing
214  1.9. There has been no reply to the correspondence mailed to the Oregon State Attorney General
215        on October 15th, 2016, as a follow up to the May 12th and August 17th, 2016 contacts, and no
216        reply to the letter hand delivered to the Washington County District Attorney in December
217        2016.
218  1.10.        On December 15th, 2016, the Washington County Clerk has provided the incorrect
219        information that in order to file for the protective order, one need to file a civil case. She also
220        stated that there are no Summons and Complaint forms available.
221  1.11.        No report was filed upon contacting FBI, three times over the telephone as well as in
222        person on January 10th, 2017.
223  1.12.        Not able to file the correct police reports. Lack of answer to the letter correcting to the
224        police report filed on August 15th, 2015.
225  1.13.        Abusive actions on December 22nd, 2015, during the house police intervention.

226

227                                          SEVENTH CLAIM FOR RELIEF

228  As a direct and proximate result of the Defendants unlawful violations and discrimination, the
229  Defendant has sustained damages:

230    1. Financial hardship.
231    2. Emotional strain, stress and exhaustion.
232    3. Delays of life plans and activities.
233    4. Emotional and psychological abuse applied to Plaintiff, her children, other family members and
234        friends, by activities such as:
235    -   interfering with the family unification
236    -   interfering with family plans such as continuing education,

237    -   Plaintiff's plans to move out of Portland which was planned for the autumn of 2015 (by
238        manipulating the rental traffic i.e. sending emails from people form South Arabia, in 2016;
239        sending representatives from SIRVA Residential in 2017)
240
241    -   Causing psychological pressure
242
243    5. Physical abuse by adding ingredients to the food and drinks, as for instance:
244        5.1. Coffee at Starbucks (sleeping ingredients) – May 11, 2015, Mother's day
245        5.2 Thai food restaurant in Portland on December 22nd, 2015 (cayenne pepper)
246        5.3 Restaurant in Seattle: cayenne pepper, August 2015 and November 2016
247        5.4 2016 Christmas at the Dimick's house (ingredients causing nausea added to the wine)
248        5.5 placing the medication in the pantry over the Christmas 2016.
249    6. Physical abuse by forming long lines at the stores, at the post offices and businesses such as
250        Comcast; later referring to those situations during the interpreting business telephone calls,
251        disclosing the knowledge of my spine problems causing pain when standing for the prolong
252        period of time

253   7.  Physical abuse by disturbing the sleep by placing the business telephone calls in frequent
254       intervals during the night (every one, to two hours), even when logged out from the system
255
256
257   8.  Physical abuse at the State Attorney General Building when the State Senior trooper Bradford
258       Duval (telephone number: 503-986-7008) first pulled Mrs.Zukowska's arm, later her sleeve in
259       the elevator to prevent her from going to the State Attorney General's office on January 5th,
260       2017, to schedule an appointment and check on the status of the complaint. He called his
261       supervisor Evan West, chief marshal; tel:503-986-7008 who came to the lobby)
262
263   9. Inducing poverty by income and expenses manipulation as well as by making humorous remarks
264   about it:
265   9.1  2015/2017 - manipulating the number and duration of the telephone calls when working on the
266   contracts with CLI and Telelanguage, as a telephonic interpreter; disconnecting the telephone service in
267   December 2016
268   9.2 2014 -causing accounting business closure, after 17 years of operations;
269   9.3 loss of jobs, for instance in 2010, at PSU, when the permanent employment was offered, yet the
270   contract was lost before signing, while the temporary contract was terminated
271   9.4 Ongoing: preventing art and books sale on such sites as Saatchi, FneArt America, Smashwords;
272   9.5 delaying processing of legal matters in Poland which include recovery of past due child support funds
273   (an order to apply the USA court filing was issued in May 2012 and yet, there has been no progress in
274   the case)
275   9.6 delaying Plaintiff's children inheritance case for the last two years, (the case to establish the heirs
276   after the Grandmother death was filed in January of 2015, not ruled on, yet), ultimately causing financial
277   losses
278   9.7 Inflating charges for the variety of services, such as the telephone, insurance, adding additional fees
279   demanding additional payments such as deposits  (NW Natural, Comcast)
280   9.8  Not applying store discounts , as for example at Walgreens, Michaels
281
282   10.Depravation of the support system in friends and family by distributing defaming information.
283
284
285
286
287

288                                         PRAYER FOR RELIEF

289     WHEREFORE, the Plaintiff respectfully requests the following relief:

290     1.  An order placing Plaintiff in the position that she would have been in had there been no
291         violations of her rights
292     2.  An order enjoining/restraining (Defendant/Defendant) from further acts of discrimination or
293         retaliation;
294     3.  Compensatory damages against the Defendant as Court deems just and proper, with the kind
295         consideration to the following:
296         3.1 Signing a contract for placing Mrs.Zukowska's books on the list of school recommended
297             readings (upon review) and undisturbed printing and distribution, both in Poland and USA.
298         3.2 Signing a contract for making the prints of Mrs.Zukowska's artwork available at the stores.
299             *Note: Such option will bring tax income, rather than becoming the expense.
300         3.3  Reimburse for all house damages, as per actual cost of repair and replacement.
301         3.4 Absorb all the debts by paying them off in full and bringing Plaintiff's credit score to the 700
302             level.
303
304     4.  Punitive/exemplary damages against the Defendant in whatever amount , exclusive of cost and
305         interest, that Plaintiff is found to be entitled;
306     5.  Take other appropriate nondiscriminatory measures to overcome the above described violations
307         and discrimination
308     6.  An order awarding the Plaintiffs their costs and attorney's fees pursuant to 42 USC, 1988 and
309         such other and further relief as the Court deems just and proper.

**Pleading the reasons for no joinder.**

This is a kind request for the Court to consider the additional parties to be included in granting the relief in the matters stated in the Plaintiff's complaint, as Court finds is feasible.

The reason for those parties not being listed as Plaintiffs, steams from the complexity of the case and the inability of Plaintiff to privately discuss the matters with the said parties, at the current time.

In USA:

1. Nathalie A. Wasko (Plaintiff's daughter)
   21517 129th Ave. SE, Kent,  Wa 98031
2. Catherine D.Wasko (Plaintiff's daughter)
   2809 27th Ave. South, #2, Minneapolis, MN 55405
3. Beata M. Zukowska-Mlak, Jerzy Mlak, Timothy Mlak, Michelle Mlak (Plaintiff's sister w/Family)
   7572 Nancy Dr., Huntington Beach, Ca 92647
4. David Dimick and family (partner of Plaintiff's daughter)
   21517 129th Ave. SE, Kent,  Wa 98031
5. Patrick McCabe and family (partner of Plaintiff's daughter)
   2809 27th Ave. South, #2, Minneapolis, MN 55405
6. Ewa Kaja Perkowski with family (Plaintiff's friend)
   Perimeter Dr., Beaverton, Or 97005
7. Piotr Kuklinski and family
   (address  unknown)
8. Members of the St.Stanislaus Parish
   3916 N Interstate Ave, Portland, OR 97227
9. Members of PLBA  (including Krystyna Korfanty)
   3823 N Interstate Ave., Portland, Or 97227

In Poland:

1. Family of late Ewa Jania (Plaintiff's cousin)
   Ul.Opolska 10,
   49-130 Tulowice, Poland
2. Wieslawa Slociak and family (Plaintiff's cousin)
   Ul.Hellera 1,
   45-782 Opole, Poland
3. Miroslaw J.Kin
   Ul.Najswietszej Marii Panny 5
   78-200 Bialogard, Poland
4. Urszula Kowalinska – Paczynska and family
   Ul.Ketlinga 19/17
   92-431 Lodz, Poland

Dorota R. Zukowska
15342 NW Decatur Way
Portland, OR 97229
E-mail: dozukowska@gmail.com
Tel: 503-975-0268


April 27th, 2017


STATEMENT

To All It May Concern:


This is in regards to the case filed with the United States District Court, Case # 3:17-cv-00354-AC.

It is my understanding, that it is a very complex, difficult to understand case.
The core of the misunderstandings in this matter seems to lay in a complicated history of Poland.
It appears that both Plaintiff and the Defendants have been affected by it.
Personal, unknown for many years to the Plaintiff, relations, most likely became the core reason
for the US law enforcement agencies to become alerted and to take actions against the Plaintiff.

Being placed in an opposite position to the Law Enforcement agencies is very regretful.
I want it to be clear, that I am very thankful to all agents, who have helped me, my family and friends.
You will always have our gratitude and respect.

My main concern currently is to cease all the activities that are disrupting mine and my family
lives. I object to the use of my personal relationships with family and friends for the purpose of causing
frustration and disappointment.

I would like to resolve the case amicably, finding the best possible solution in bringing it to
closure by reaching a settlement.

Thank you for your consideration.

Best Regards,

Dorota Zukowska

Dorota Zukowska

15342 NW Decatur Way

Portland, OR 97229

Tel: 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


April 27, 2017


UNITED STATES DISTRICT COURT

DISTRICT OF OREGON


RE: CASE # 3:17-cv-00354-AC


This  filing is in response to the Court Order in regards to the case  3:17-cv-00354-AC

filed on March 7, 2017.

Pretrial and dispositive motions are being filed as ordered.

The filing has been prepared by Plaintiff, due to the obstacles in obtaining the attorney.

Dorota R. Zukowska