IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DOROTA R. ZUKOWSKA,	No. 3:17-cv-00354-HZ

           Plaintiff,	ORDER

    v.

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY; and FEDERAL
BUREAU OF INVESTIGATION,

           Defendants.

HERNÁNDEZ, District Judge:

      Magistrate Judge Acosta issued a Findings and Recommendation [82] on December 28, 2018, in which he recommends that this Court grant Defendants' Motion to Dismiss [66] and dismiss this case with prejudice and without leave to amend. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

      Plaintiff filed timely objections to the Magistrate Judge's Findings & Recommendation. Pl. Obj., ECF 85. When any party objects to any portion of the Magistrate Judge's Findings &

Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered Plaintiff's objections and concludes there is no basis to modify the Findings & Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Acosta's Findings and Recommendation [82]. Defendant's Motion to Dismiss [66] is GRANTED. This case is dismissed with prejudice and without leave to amend. Pending motions, if any, are denied as moot.

IT IS SO ORDERED.

DATED this \_\_11\_\_ day of \_\_April\_\_\_\_\_, 2019.

_____
MARCO A. HERNÁNDEZ
United States District Judge